UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR MEDICAL PROGRESS,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>       Defendant. | Civil Action No. 21-0642 (BAH) |

## JOINT STATUS REPORT

Plaintiff, the Center for Medical Progress, and Defendant, the United States Department of Health and Human Services ("HHS"), respectfully submit this status report pursuant to the Court's minute order dated August 12, 2024.

1.    The Center for Medical Progress brought this action under the Freedom of Information Act ("FOIA") concerning its records request to the National Institutes of Health ("NIH") for copies of certain grant applications, including one by the University of Pittsburgh to be a tissue hub and collection site for the "GUDMAP" consortium, a group of laboratories that assist with research on the genitourinary tract. NIH released records but withheld some information under Exemptions 4 and 6. This Court upheld those withholdings, and the Center for Medical Progress appealed. After the Center for Medical Progress filed its brief on appeal, HHS moved for and was granted a voluntary remand to correct certain inaccuracies in its declarations.

2.    Following remand, on July 24, 2024, HHS filed a status report and declaration detailing the inaccuracies in its declarations. ECF No. 62. In general, the inaccuracies relate to letters of support submitted with the University of Pittsburgh's grant application. The declarations inaccurately described those letters as commercial in nature and incorrectly said that they had been

- 2 -

withheld under Exemption 4 when they were in fact withheld under Exemption 6. *Id.* ¶¶ 5–6. HHS reported that it was considering whether to remove some portions of those redactions and that it was also reprocessing certain records to include Exemption 6 markings that had been inadvertently omitted. *Id.* ¶¶ 6, 8.

3. On August 5, 2024, NIH rereleased records to the Center for Medical Progress with certain Exemption 6 redactions lifted and with the omitted markings notated. The Center for Medical Progress reviewed those records and has requested a short description of the basis for certain of NIH's remaining Exemption 6 redactions, which NIH is in the process of preparing.

4. The parties propose to continue their ongoing discussions about the rereleased records and to file an additional status report on or before September 27, 2024.

Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| */s/ Meredith Di Liberto*<br>Meredith Di Liberto<br>DC Bar No. 487733<br>JUDICIAL WATCH, INC.<br>425 Third Street, SW, Suite 800<br>Washington, DC 20024<br>Tel: (202) 646-5175<br>Email: mdiliberto@judicialwatch.org | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:      */s/ Johnny Walker*<br>    JOHNNY H. WALKER, D.C. Bar #991325<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-2511 |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |

Dated: September 6, 2024
       Washington, DC